**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-60360-BLOOM/Hunt**

JOHN WISEMAN,

    Plaintiff,

v.

EDWIN DIAZ; and
DIGITAL-1, Inc.,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Defendant Edwin Diaz's Motion to Dismiss Amended Complaint, ECF No. [15], filed on May 1, 2020 ("Motion"). The Motion was previously referred to the Honorable Patrick M. Hunt for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [23]. On September 1, 2020, the Magistrate Judge issued a R&R recommending that the Motion be granted and the case dismissed without prejudice. ECF No. [40]. The R&R states that the Plaintiff shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. To date, Plaintiff has filed no objections despite the Court having granted an extension until September 29, 2020 to file objections, ECF No. [43].

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **GRANTED** for the reasons set forth therein.

Case No. 20-cv-60360-BLOOM/Hunt

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [40]**, is **ADOPTED**;

2. The Motion, **ECF No. [15]**, is **GRANTED** and the Amended Complaint, **ECF No. [14]**, is **DISMISSED** *without prejudice*;

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**; and

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 30, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record